```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
KELLY CAMPBELL CORNELIUS on behalf of herself                     :
and all others similarly situated,                                :
                                                                  :
                          Plaintiff,                              :    19-cv-11043 (LJL)
                                                                  :
         -v-                                                      :         ORDER
                                                                  :
WELLS FARGO BANK, N.A.,                                           :
                                                                  :
                          Defendant.                              :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2020

LEWIS J. LIMAN, United States District Judge:

    IT IS HEREBY ORDERED that the Initial Pretrial Conference previously set for April 9, 2020 at 2:00 p.m. is ADJOURNED sine die.

    SO ORDERED.

Dated: March 23, 2020  
       New York, New York  
                                          LEWIS J. LIMAN  
                                          United States District Judge